Loan No. XXXXXX0124

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
-------------------------------------------------X                    Chapter 13
IN RE:                                                                 Case # 09-31279

Mercy C. Labrado; Walfredo A. Labrado;

    Debtor(s)                                      **REQUEST FOR NOTICE**
-------------------------------------------------X

SIR:

    **PLEASE TAKE NOTICE** that The Huntington National Bank as Trustee for Franklin Mortgage Asset Trust 2009-A hereby appears in the above action, and requests that all papers in the case be served on The Huntington National Bank as Trustee for Franklin Mortgage Asset Trust 2009-A at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: February 18, 2010
       Plainview, New York

                                                 /s/ Andrew Goldberg
                                                 Authorized agent for The Huntington National Bank as Trustee for Franklin Mortgage Asset Trust 2009-A
                                                 c/o Rosicki, Rosicki & Associates, P.C.
                                                 Main Office: 51 E. Bethpage Road
                                                 Plainview, New York 11803
                                                 Phone: 516-741-2585
                                                 Fax: 516-873-7244
                                                 Email: bkmail@rosicki.com

TO:

BORIS A AVRAMSKI, Esq.
4640 W CHARLESTON BLVD
Las Vegas, NV 89102


Kathleen A. Leavitt, Esq.
201 LAS VEGAS BLVD., SO. #200
Las Vegas, NV 89101

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
--------------------------------------------------X    Chapter 13
IN RE:                                                                              Case # 09-31279

   Mercy C. Labrado; Walfredo A. Labrado;

        Debtor(s)                                              **AFFIDAVIT OF SERVICE**
--------------------------------------------------X
STATE OF NEW YORK)
              ss:
COUNTY OF NASSAU )
        Jennifer Albergo, being duly sworn, deposes and says:

        I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

On February 18, 2010 I served the Request for Notice and request for service of all papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

BORIS A AVRAMSKI, Esq.
4640 W CHARLESTON BLVD
Las Vegas, NV 89102

Kathleen A. Leavitt, Esq.
201 LAS VEGAS BLVD., SO. #200
Las Vegas, NV 89101


                                                    /s/ Jennifer Albergo
                                                    Jennifer Albergo

Sworn to before me this
February 18, 2010
/s/ Betsy P. Tarr
NOTARY PUBLIC                          BETSY P. TARR
                                                    NOTARY PUBLIC, State of New York
                                                    No. 01TA6000083
                                                    Qualified in Nassau County
                                                    Commission Expires December 8, 2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
---------------------------------------------------x
IN RE:

Mercy C. Labrado; Walfredo A. Labrado;
        Debtor(s)

---------------------------------------------------x

## REQUEST FOR NOTICE

ROSICKI, ROSICKI & ASSOCIATES, P.C.
Main Office: 51 E. Bethpage Road
Plainview, New York 11803